EDMUND PALIWODZINSKI, as Administrator of the Estate of ROSE M. PALIWODZINSKI, Deceased, Respondent, v. COUNTY OF ERIE, Appellant, et al., Defendants.  (Action No. 3.) — Same decision and like cause of action as in case of *Kirchhoff* v. *County of Erie* (24 A D 2d 551), decided herewith.